IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HORTUS LTD. and P. ALLEN SMITH                                PLAINTIFFS

v.                        No. 4:13-cv-111-DPM

SOUTHERN RESOURCE CORP.;
FERRY-MORSE SEED CO.; JIFFY
PRODUCTS OF AMERICA, INC.;
and JOHN DOE CORPS. 1-5                                        DEFENDANTS

JUDGMENT

This case has settled. № 27. Plaintiffs' complaint is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

 20 December 2013